In re: **Douglas Alan BELL; In re: Susan Francis Bell, Debtors,**

**U.S. Export, Inc., Appellant,**

v.

**Douglas Alan Bell; et al., Appellees.**

No. 02–56964.
BAP No. CC–01–01584–KMoJ.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 4, 2004.

Decided Feb. 10, 2004.

Vincent B. Moneymaker, Moneymaker & Moneymaker, Los Angeles, CA, for Appellant.

Douglas Alan Bell, pro se, Cathedral City, CA, Susan Francis Bell, pro se, Springville, UT, for Appellee.

* This disposition is not appropriate for publication and may not be cited to or by the courts

Before KOZINSKI, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM *

Ample evidence supported the bankruptcy court's determination that the Bells' conduct did not constitute fraud within the meaning of 11 U.S.C. § 523(a)(2) and was not willful or malicious within the meaning of 11 U.S.C. § 523(a)(6).

Because no express trust was created independently of the alleged wrongdoing, the bankruptcy court's conclusion that there was no fraud or defalcation while acting as a fiduciary within the meaning of 11 U.S.C. § 523(a)(4) was not erroneous. *See Ragsdale v. Haller,* 780 F.2d 794, 796 (1986); *Nahman v. Jacks (In re Jacks),* 266 B.R. 728, 736 (9th Cir.BAP2001).

**AFFIRMED.**

of this circuit except as may be provided by Ninth Circuit Rule 36–3.